PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 2:03CR00179-01** |
| ) | |
| **ABOLGHASEM EDALATISARAYANI** ) | |
| ) | |

On May 25, 2005, the above-named was placed on Probation for a period of two years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Glenn P. Simon
**GLENN P. SIMON**
**United States Probation Officer**

Dated:   July 13, 2005
         Sacramento, California
         GPS/cp

**REVIEWED BY:**   /s/Rafael G. Loya
                 **RAFAEL G. LOYA**
                 **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **ABOLGHASEM EDALATISARAYANI**
    **Docket Number:  2:03CR00179-01**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED: July 14, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

GPS/cp
Attachment:   Recommendation
cc:   United States Attorney's Office

Ddad1/orders.criminal/edalatisarayani0179.ord